UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDREW LARACUENTE

V.

CISEK, ET AL.
------------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 1531 (LAK)(AJP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*

____ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

____ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:

____ Habeas Corpus

____ Social Security

__X__ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:

All such motions: ____

* Do not check if already referred for general pretrial.   PECK

SO ORDERED.

DATED: New York, New York
3/3/08

_____
United States District Judge