UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ANDREW LARACUENTE,         :

            Plaintiff,         :         08 Civ. 1531 (LAK) (AJP)

    -against-         :         ORDER TO PRO SE PLAINTIFF
                                    TO SERVE COMPLAINT
CHARLES P. CISEK, CAROL CARLSON,    :
MICHAEL FLARIDA, EDDIE THURMAN
& BOARD OF EDUCATION,      :

          Defendants.         :

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/4/08

**ANDREW J. PECK, United States Magistrate Judge:**

      This Order is to inform you that Judge Kaplan has assigned this case to me for all pretrial purposes. An extra (courtesy) copy of all papers submitted to the Court should be sent to me at the United States Courthouse, 500 Pearl Street, Room 1370, New York, New York 10007-1312.

      Enclosed is a copy of the "Individual Practices of Magistrate Judge Andrew J. Peck." The parties are required to follow them.

      <u>Plaintiff must make arrangements to have the summons and complaint promptly served on all defendants</u> by filling out and forwarding to the U.S. Marshal the forms provided to you by the Pro Se office. Plaintiff must provide a copy of this Order (and the enclosed Rules) to defendant's counsel either along with the summons and complaint or once counsel has appeared for defendant.

Rule 4(m) of the Federal Rules of Civil Procedure provides:

<u>Time Limit for Service</u>. If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. . . .

The complaint in this action was filed as of February 14, 2008. Accordingly, if service is not made upon the defendant(s) by June 13, 2008 (which is 120 days from filing of this complaint), I will recommend to Judge Kaplan that the action be dismissed. <u>You must supply a courtesy copy of the proof of service to my chambers.</u>

Plaintiff is required to advise the Clerk of the Court and my chambers of any change of address. Failure to keep the Court informed of your current address may result in dismissal of your case.

If plaintiff needs any assistance with court procedures, plaintiff can contact the Pro Se Clerk at the United States Courthouse, 500 Pearl Street, 2nd Floor, New York, New York 10007. The telephone number for the Pro Se Clerk is (212) 805-0175.

SO ORDERED.

Dated:   New York, New York
         March 4, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies to:   Andrew Laracuente (Regular & Certified Mail)
             Judge Lewis A. Kaplan