UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANDREW LARACUENTE,

                Plaintiff,

    -against-                                   08 Civ. 1531 (LAK)

CHARLES P. CISEK, et al.,

                Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      This action is dismissed pursuant to Fed. R. Civ. P. 4(m) for the reasons set forth in the report and recommendation dated June 18, 2008 to which no objection has been filed.

      SO ORDERED.

Dated:    July 8, 2008

                                                        _____
                                                               Lewis A. Kaplan
                                                             United States District Judge